UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.   21-cr-323 (CRC) |
| | : | |
| v. | : | |
| | : | |
| DEANDRE JAMAL POSEY, | : | |
| | : | |
| Defendant. | : | |

## STATEMENT OF THE OFFENSE

Had this case proceeded to trial, the government's evidence would have established beyond a reasonable doubt the following:

Beginning in March 2021, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) opened a narcotics trafficking investigation within the area of the 4600 block of South Capitol Street Southwest (SW), Washington, D.C.   As part of the investigation, law enforcement conducted three controlled transactions between a government confidential informant (CI) and the Defendant in the aforementioned area.

*March 1, 2021 – Controlled Buy of Marijuana*

On February 26, 2021, the CI discussed purchasing marijuana with an individual named "CHICK", who law enforcement later identified as the Defendant. The Defendant provided the CI with his phone number (202) 597-7154 (hereinafter, Defendant's cell phone).

On March 1, 2021, the CI conducted a controlled buy at the direction of ATF Special Agents in the area of the Exxon Gas Station in the 4600 block of South Capitol Street. The CI purchased a quantity of marijuana for a total of $240. Law enforcement subsequently recovered the suspected marijuana from the CI and weighed the substance. The total weight was 41.3 grams

1

with packaging. On April 7, 2021, ATF Special Agents field tested the suspected marijuana using a Duguenois-Levine Reagent test which showed a positive reaction for the presence of marijuana.

*March 30, 2021 – Controlled Buy of Marijuana*

On March 30, 2021, the CI contacted the Defendant via the Defendant's cell phone to purchase a half a pound of marijuana. The CI arrived at the Exxon Gas Station and exited the CI vehicle to meet the Defendant. Law enforcement observed the Defendant approach an unidentified male at a dark blue BMW. The unidentified male reached into the front seat of the BMW and opened the trunk of the vehicle. The unidentified male pulled a black bag from the trunk of the vehicle and handed the bag to the Defendant. The Defendant and the CI returned to the CI vehicle where the Defendant handed the CI a black bag of suspected marijuana in exchange of $1,250.

During this buy, the CI stated that CI would trade the marijuana for a pistol and that CI needed firearms. The Defendant agreed that Defendant needed "some too." The CI asked Defendant if he needed firearms and Defendant answered affirmatively.

Law enforcement recovered the suspected marijuana from the CI and weighed the substance. The substance weighed 232.1 grams with packaging. On April 7, 2021, ATF Special Agents field tested the suspected marijuana using a Duguenois-Levine Reagent test which showed a positive reaction for the presence of marijuana.

*April 26, 2021 – Controlled Purchase of Marijuana and Firearm Sale*

After the purchase on March 30, 2021, the CI and the Defendant discussed the potential purchase of additional marijuana and the Defendant's purchase of a firearm. Each discussion occurred through the Defendant's cell phone. Law enforcement recorded each conversation.

On April 3, 2021, in a recorded phone call the CI called the number provided by the Defendant. The CI told the Defendant he talked to the CI's contact about "what we talked about." The CI then discussed price with the Defendant, discussing the price of an automatic firearm at fifteen hundred to twelve hundred dollars. The CI then told the Defendant CI could obtain something for less. The CI asked Defendant "that's what you want" to which the Defendant responded "really four oh," meaning a .40 caliber pistol. The CI told Defendant CI would check with CI's contact.

On April 14, 2021, the Defendant called the CI after the CI unsuccessfully attempted to reach the Defendant. CI told the Defendant CI would want the "same thing" to which the Defendant responded "yeah." The CI asked the Defendant what the Defendant needed, the Defendant replied "four o" and also stated "no 9," meaning a .40 caliber firearm and a 9 millimeter firearm. The Defendant then stated to tell CI's contact to get the Defendant a "compact four five," meaning a .45 caliber firearm.

On April 21, 2021, the CI called the Defendant and told the Defendant that CI's contact had "ID problems" and the firearm would be ready next week. CI told the Defendant that it would be $800 and that the Defendant could pay in cash or marijuana. The Defendant stated that the Defendant would pay the CI 80 grams of marijuana.

On April 24, 2021, the CI called the Defendant and informed the Defendant that the CI was going to pick "your thing" up in the morning. CI then stated that the CI would meet the Defendant on Monday morning, April 26, 2021. The Defendant later called the CI to ask for a "carton of eggs with it," meaning a box of ammunition.

On April 26, 2021, CI and Defendant arranged to meet at the United States Post Office at 400 Southern Avenue Southeast (SE), Washington, D.C. The Defendant entered the vehicle at this location and weighed bags of suspected marijuana. The CI then provided the Defendant with a Glock Model 36 .45 caliber pistol, bearing serial number FUG075 in exchange for the marijuana. The CI then exited the vehicle to obtain the ammunition from the trunk, at which point the Defendant was arrested. The Glock firearm was recovered from the Defendant's jacket pocket. Also recovered from the defendant or his vehicle were approximately 141 grams of suspected marijuana, a black digital scale and $92 in U.S. Currency.

Law enforcement recovered the suspected marijuana distributed by the Defendant from the CI's vehicle after the controlled buy.  Law enforcement weighed the substance, which weighed approximately 105.3 grams. ATF Special Agents field tested the suspected marijuana using a Duguenois-Levine Reagent test which showed a positive reaction for the presence of marijuana.

Defendant was arrested in Superior Court case 2019 CF3 004218 for Robbery and pled guilty to one count of Attempt to Commit Robbery on May 31, 2019, under D.C. Code § 24-903(b). The Defendant was sentenced to 32 months incarceration with all but 14 months suspended. The conviction for Attempt to Commit Robbery is a crime punishable by imprisonment for a term exceeding one year.

The defendant acknowledges that at the time he possessed the Glock Model 36 .45 caliber pistol, bearing serial number FUG075, he had previously been convicted of an offense for which the penalty was greater than one year of imprisonment, to wit, Attempt to Commit Robbery on May 31, 2019, under D.C. Code § 24-903(b), in Superior Court case 2019 CF3 004218.  The defendant also agrees and acknowledges that at the time he possessed the .45 caliber pistol, he was

aware that he had a previous conviction for an offense for which the penalty was greater than one year of imprisonment, that the government's evidence at trial would establish that the Glock Model 36 .45 caliber pistol, bearing serial number FUG075 had been shipped or transported from one state to another, and that the firearm was capable of expelling a projectile by means of an explosive.

                                                  /S/ *George Eliopoulos*
                                                  GEORGE ELIOPOULOS
                                                  Assistant United States Attorney

**Defendant's Acceptance**

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

\_\_\_11/15/21_____  _____
Date                                                    DEANDRE JAMAL POSEY
                                                        Defendant

**Defense Counsel's Acknowledgment**

I am Deandre Jamal Posey's attorney. I have reviewed every part of this Statement of Offense with him. It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

\_\_\_11/15/2021_____  _____
Date                                                    EUGENE OHM, Esq.
                                                        Attorney for the Defendant